584 A.2d 248

STATE OF NEW JERSEY v. PATRICK KURSCICS.

June 11, 1990.

Petition for certification denied.

584 A.2d 248

STATE OF NEW JERSEY v. ROBERT JONES.

June 11, 1990.

Petition for certification denied.

584 A.2d 248

EDWARD W. JOHNSON v. THE MOUNTAINSIDE HOSPITAL.

June 11, 1990.

Petition for certification denied. (See 239 *N.J.Super.* 312, 571 *A.*2d 318)

584 A.2d 248

DYLM ENTERPRISES, LTD. v. CITY OF ASBURY PARK.

June 11, 1990.

Petition for certification denied.

584 A.2d 248

STATE OF NEW JERSEY v. AKBAR NAIM.

June 11, 1990.

Petition for certification denied.